IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>STEVEN & DONNA WATKINS,<br><br>Debtors. | Chapter 7<br><br>Case No. 07-6317-PHX-SSC<br><br>**ORDER INCORPORATING MEMORANDUM DECISION OF JUNE 18, 2008** |

Based upon this Court's Memorandum Decision of June 18, 2008, which is herein incorporated by reference,

IT IS ORDERED that the Debtors shall have 30 days from the date of this Order to convert their case to one under Chapter 11 or Chapter 13;

IT IS FURTHER ORDERED that if the case is not converted, it shall be dismissed on the 31st day after the date of this Order.

DATED this 18th day of June, 2008.

_____
The Honorable Sarah Sharer Curley
United States Bankruptcy Judge

BNC to notice.